IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jamie Elliott, *et al.*,                    :

        Plaintiffs,           :        Civil Action 2:08-cv-1144

v.                                          :        Judge Marbley

Gary Sims, *et al.*,                        :        Magistrate Judge Abel

        Defendants.           :

## ORDER

Plaintiffs Jamie Elliott, Justin Watson and Eric Branham, Ohio prisoners, brought this suit alleging that Defendants interfered with the free exercise of their Baptist religious beliefs by refusing to exempt them from working on Sundays. Elliott settled his claim with Defendants.  Watson and Branham have not prosecuted their claims.

On October 6, 2010, the Court issued an order (Doc. 80) to show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.  According to the Court's docket, Plaintiffs Justin Watson and Eric Branham have made no response to the order.

Accordingly, pursuant to Fed. R. Civ. P. 41(b) and S. D. Ohio Civ. R. 55.1(c), this case is hereby **DISMISSED** for want of prosecution.  The Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing the claims of Plaintiffs Justin Watson and Eric Branham with prejudice for want of prosecution and the claims of Plaintiff

Jamie Elliott with prejudice as settled.  The Clerk of Court is further **DIRECTED** to close this case.

s/Algenon L. Marbley
United States District Judge
